Same case below, 393 Fed. Appx. 686.

**No. 10-10317. James Dwayne Ortega, Petitioner v. United States.**

563 U.S. 1039, 131 S. Ct. 2976, 180 L. Ed. 2d 258, 2011 U.S. LEXIS 4291.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 464 Fed. Appx. 202.

**No. 10-10318. Michael Distance, Petitioner v. United States.**

563 U.S. 1039, 131 S. Ct. 2976, 180 L. Ed. 2d 258, 2011 U.S. LEXIS 4263.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 404 Fed. Appx. 746.

**No. 10-10319. Eric Lamont Evans, Petitioner v. United States.**

563 U.S. 1039, 131 S. Ct. 2976, 180 L. Ed. 2d 258, 2011 U.S. LEXIS 4314.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 401 Fed. Appx. 788.

**No. 10-10320. Melvin Richardson, Petitioner v. United States.**

563 U.S. 1039, 131 S. Ct. 2976, 180 L. Ed. 2d 258, 2011 U.S. LEXIS 4353.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-10323. Charles H. Smith, Petitioner v. United States.**

563 U.S. 1039, 131 S. Ct. 2976, 180 L. Ed. 2d 258, 2011 U.S. LEXIS 4338.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 409 Fed. Appx. 631.

**No. 10-10324. David A. Cawthon, Petitioner v. United States.**

563 U.S. 1039, 131 S. Ct. 2976, 180 L. Ed. 2d 258, 2011 U.S. LEXIS 4330, ■

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-10329. Neil Scott Kramer, Petitioner v. United States.**

563 U.S. 1039, 131 S. Ct. 2977, 180 L. Ed. 2d 258, 2011 U.S. LEXIS 4234.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 631 F.3d 900.

**No. 10-10332. Albert Ward, Petitioner v. United States.**

563 U.S. 1040, 131 S. Ct. 2977, 180 L. Ed. 2d 258, 2011 U.S. LEXIS 4308.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 400 Fed. Appx. 991.